UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No.  15 MISC 0417<br><br>December 23, 2015 |

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

ROBERT J. GIUFFRA, JR. hereby declares under penalty of perjury as follows:

1. I am admitted to practice in the United States District Court for the Southern District of New York and am a member of the law firm Sullivan & Cromwell LLP, counsel to Porsche Automobil Holding SE ("PSE" or "Petitioner") in the above-captioned action. I submit this Declaration in support of PSE's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Chart setting forth the entities from whom discovery is sought in PSE's § 1782 application ("Respondents"); their relationship to certain plaintiffs in *Effecten-Spiegel* v. *PSE*, No. O 175/15, a civil suit now pending before the German Regional Court of Hanover (the "German Action"); and their business addresses. | Exhibit A |
| Proposed subpoena, to be served in substantially the same form on each Respondent, for the production of documents related to PSE's statute-of-limitations defense in the German Action. | Exhibit B |
| Proposed subpoena, to be served in substantially the same form on each Respondent, for deposition testimony related to PSE's statute-of-limitations defense in the German Action. | Exhibit C |
| PSE January 1 – November 9, 2015 Interim Report (Excerpt). | Exhibit D |

| | |
|---|---|
| Porsche Automobil Holding SE—History, http://www.porsche-se.com/pho/en/porschese/history/, last visited Dec. 2, 2015. | Exhibit E |
| PSE 2014 Annual Report (Excerpt). | Exhibit F |
| PSE Press Release, *Porsche Seeks to Acquire Share in Volkswagen; Acquisition of Stock to Secure Porsche's Business Operations*, dated Sept. 25, 2005. | Exhibit G |
| PSE Press Release, *Porsche Supervisory Board approves increase of stake in Volkswagen — Company to become a European stock corporation; Response to the challenges of the International automobile market*, dated Mar. 24, 2007. | Exhibit H |
| PSE Press Release, *Porsche heads for domination agreement*, dated Oct. 26, 2008. | Exhibit I |
| Interview with Mr. Holger P. Härter, former Chief Financial Officer of PSE, *Porsche is absolutely undervalued*, Frankfurter Allgemeine Zeitung (Translation), dated July 29, 2008. | Exhibit J |
| PSE Press Release, *Porsche Supervisory Board gives Go-ahead for Majority Stake in VW*, dated Mar. 3, 2008. | Exhibit K |
| PSE Press Release, *Porsche denies speculations about increasing its stake in VW to 75 percent*, dated Mar. 10, 2008. | Exhibit L |
| Interview With Mr. Wendelin Wiedeking, former President and Chief Executive Officer of PSE, *I stand in front with My Eyes Open*, Frankfurter Allgemeine Sonntagszeitung (Translation), dated Oct. 5, 2008. | Exhibit M |
| *Porsche keeps option for domination of VW*, Reuters, dated Oct. 2, 2008. | Exhibit N |
| Tremblant-Trident Partners LP, Notice of Sale of Securities (Form D), dated Oct. 23, 2006. | Exhibit O |
| Tremblant-Trident Partners Ltd., Notice of Sale of Securities (Form D), dated Sept. 13, 2007. | Exhibit P |
| Firefly Value Partners, LP Form ADV, dated Mar. 31, 2015. | Exhibit Q |
| Marble Arch Investments, LP Form ADV, dated Mar. 9, 2015. | Exhibit R |
| Marble Arch Investments, LP Form 13F, dated Aug. 14, 2015. | Exhibit S |

| | |
|---|---|
| Tremblant Capital Group Form ADV, dated Oct. 16, 2015. | Exhibit T |
| Thomson Financial Overview for Tremblant Capital Group, dated Dec. 31, 2014. | Exhibit U |
| Mike Esterl and Edward Taylor, *As Giant Rivals Stall, Porsche Engineers a Financial Windfall*, Wall St. J., dated Nov. 8, 2008. | Exhibit V |
| Floyd Norris, *Porsche reinvents the short squeeze*, N.Y. Times, dated Oct. 30, 2008. | Exhibit W |
| Zachery Kouwe, *Hedge Funds Sue Porsche for Billion Lost on VW*, N.Y. Times, dated Jan. 25, 2010. | Exhibit X |
| Frank Dohmen & Dietmar Hawranek, *Turning the Car Business Into a Casino*, Spiegel Online International, dated Nov. 24, 2010. | Exhibit Y |
| Submission from TISAB Rechtsanwaltsgesellschaft mbH to the Braunschweig Regional Court (Excerpt), submitted March 2, 2015. | Exhibit Z |
| Proposed order authorizing service of subpoenas for production of documents and deposition testimony. | Exhibit AA |
| Declaration of Dr. Markus Meier in Support of *Ex Parte* Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Exhibit AB |

Executed on December 23, 2015 in New York, New York.

*[signature]*
Robert J. Giuffra, Jr.