# EXHIBIT A

**List of Respondents**

|   | **Name** | **Principal Place of Business** | **Relationship to Plaintiffs** | **Source(s)** |
|---|---|---|---|---|
| 1. | Firefly Value Partners, L.P. | 601 West 26th Street, Suite 1520 New York, NY 10001 | Investment Manager for Plaintiffs FVP Master Fund, L.P. and FVP US-Q, LP | Giuffra Decl. Ex. Q (Firefly Value Partners, L.P. Form ADV, dated March 31, 2015) |
| 2. | FVP GP, LLC | 601 West 26th Street, Suite 1520 New York, NY 10001 | General Partner of Plaintiffs FVP Master Fund, Ltd. and for FVP US-Q | Giuffra Decl. Ex. Q (Firefly Value Partners, L.P. Form ADV, dated March 31, 2015) |
| 3. | Marble Arch Investments, LP | 645 Madison Ave., 17th Floor, New York, NY 10022 | Plaintiff | Giuffra Decl. Ex. R (Marble Arch Investments, LP Form ADV, dated March 9, 2015) |
| 4. | Marble Arch Investments GP, LLC | 645 Madison Ave., 17th Floor, New York, NY 10022 | General Partner of Plaintiff Marble Arch Investments, LP | Giuffra Decl. Ex. R (Marble Arch Investments, LP Form ADV, dated March 9, 2015); Giuffra Decl. Ex. S (March Arch Investments, LP Form 13F, dated August 14, 2015) |

| | Name | Principal Place of Business | Relationship to Plaintiffs | Source(s) |
|---|---|---|---|---|
| 5. | Tremblant Capital LP d/b/a Tremblant Capital Group | 767 Fifth Avenue, Floor 12A New York, NY 10153 | Investment Manager for Plaintiffs Tremblant Concentrated Fund, LP, Tremblant Concentrated Master Fund LP, Tremblant Partners LP, and Tremblant Partners Master Fund LP, and overall parent company of the Tremblant family of funds, including Plaintiff Tremblant Super Concentrated Fund Ltd. | Giuffra Decl. Ex. T (Tremblant Capital Group Form ADV, dated October 16, 2015) |
| 6. | Tremblant-Trident Capital LP | 767 Fifth Avenue, Floor 12A New York, NY 10153 | Investment Manager for Plaintiff Tremblant-Trident Partners Ltd. | Giuffra Decl. Ex. P (Tremblant-Trident Partners Ltd., Notice of Sale of Securities (Form D), dated Sept. 13, 2007) |
| 7. | Tremblant-Trident Holdings LLC | 767 Fifth Avenue, Floor 12A New York, NY 10153 | General Partner of Plaintiff Tremblant-Trident Partners LP | Giuffra Decl. Ex. O (Tremblant-Trident Partners LP, Notice of Sale of Securities (Form D), dated Oct. 23, 2006) |

| | Name | Principal Place of Business | Relationship to Plaintiffs | Source(s) |
|---|---|---|---|---|
| 8. | Tremblant Holdings LLC | 767 Fifth Avenue, Floor 12A New York, NY 10153 | General Partner of Plaintiffs Tremblant Concentrated Fund, LP, Tremblant Concentrated Master Fund LP, Tremblant Partners LP, Tremblant Partners Master Fund LP | Giuffra Decl. Ex. T (Tremblant Capital Group Form ADV, dated October 16, 2015) |