# EXHIBIT E

History

English

**Porsche Automobil Holding SE**

The Porsche's Extraordinary General Meeting on June 26, 2007 was the starting point for the Porsche Automobil Holding SE. Shareholders of the Dr. Ing. h.c. F. Porsche AG voted unanimously in favor of the operating activities of Porsche AG becoming the responsibility of a hundredpercent subsidiary in accordance with the provisions of the Transformation Act, of adopting a controlling and profit transfer agreement between the holding company and the operating subsidiary, and also of transforming the holding company into a European Company, a so-called Societas Europaea (SE). The name 'Porsche Automobil Holding' was also unanimously approved. The company's headquarters is in Stuttgart.

The decision to transform the company into an SE follows on from the fact that this is a modern form of company with an international focus, which will provide the prerequisites for the ongoing development of the Porsche Group. The supra-national legal status of an SE not only requires the creation of an open and international corporate culture, but also offers the opportunity to keep a Supervisory Board with twelve members, which thus far has proven to be an ideal number.

The SE was inscribed in the trade register on November 13, 2007. This required a draft final balance report from Dr. Ing. h.c. F. Porsche AG for July 31, 2007, which was finalized by the Supervisory Board the day before the registration. From a legal point of view, Porsche Automobil Holding SE and the former Dr. Ing. h.c. F. Porsche AG are one and the same legal entity. This means the change in corporate form to become an SE entailed no transfer of assets and liabilities. Nevertheless, the company received a new registration number with the Stuttgart District Court when it became a SE. All shareholders of the former Dr. Ing. h.c. F. Porsche AG became shareholders in Porsche Automobil Holding SE after the change in corporate form.

Here you find the documents of the Extraordinary General Meeting of the shareholders of the Dr. Ing. h.c. F. Porsche AG on June 26, 2007 in Stuttgart. You can download the agenda and shareholder information of the transformation to the Porsche Automobil Holding SE as a PDF-file or ZIP-file.