# EXHIBIT G

## July - September

### Porsche Seeks to Acquire Share in VolkswagenAcquisition of Stock to Secure Porsche's Business Operations

Stuttgart. Dr. Ing. h.c. F. Porsche AG, Stuttgart, seeks to acquire a share of approximately 20 per cent in the stock capital of Volkswagen AG, Wolfsburg, entitled to vote. Porsche is taking this decision because Volkswagen is now not only an important development partner for Porsche, but also a significant supplier for approximately 30 per cent of Porsche's sales volume. In the words of Porsche's President and CEO: "Making this investment, we seek to secure our business relations with Volkswagen and make a significant contribution to our own future plans on a lasting, longterm basis." Porsche is in a position to finance the acquisition of the planned share in Volkswagen through its own, existing liquidity. After careful examination of this business case, Porsche is confident that the investment will prove profitable for both parties.

The Supervisory Board has authorised Porsche's Board of Management to implement the plan envisaged. Porsche is in contact with the Board of Management of Volkswagen in order to scrutinise and verify the options available in accordance with appropriate resolutions already taken at Volkswagen's General Meeting. The share assumed will not under any circumstances reach the threshold at which Porsche would be required to submit a public bid for the takeover of Volkswagen.

The planned acquisition is to ensure that, following the anticipated abrogation of the VW Act under an appropriate judgment handed down by the European Court of Justice, there will not be a hostile takeover of Volkswagen by investors not committed to Volkswagen's longterm interests. The European Court of Justice is expected to hand down such a judgment latest in spring 2007.

In the words of Porsche's President and CEO: "Our planned investment is the strategic answer to this risk. We wish in this way to ensure the independence of the Volkswagen Group in our own interest. This "German solution" we are seeking is an essential prerequisite for stable development of the Volkswagen Group and, accordingly, for continuing our cooperation in the interest of both Companies."

GO

9/25/2005