# EXHIBIT J

Page 14 Tuesday, 29. JULY 2008 No. 175    BUSINESS    FRANKFURTER ALLGEMEINE ZEITUNG

Interview: Holger P. Härter, deputy chairman of the management board and CFO of Porsche Automobil Holding SE

# "Porsche is absolutely undervalued"

The sports car manufacturer Porsche made an excellent bet with the option transactions on shares of its interest in Volkswagen.  The results for the current financial year will also profit from this.  Porsche's CFO wants to acquire a controlling interest in VW quickly. Porsche would welcome a takeover of Continental by Schaeffler.  But the Schaefflers did not ask the Porsches for advice.

[image: Photo: Holger Härter, Photo: Wonge Bergman]

**Mr. Härter, with the targeted takeover of Volkswagen, Porsche was the first family business that took over a DAX corporation.  Now the Schaeffler family business wants to take over the auto supplier Continental.  Have Mrs. Schaeffler and Mr. Geissinger sought your advice, or did they just take a close look?**

There are certain parallels, but that is in fact all.  Such a plan by a business is however so highly confidential that you do not talk about it, even if you know each other well.  I have never spoken about this with either Jürgen Geissinger or with Mrs. Schaeffler. This is much too sensitive a topic.

**Porsche is also a buyer from these two auto suppliers.  What is your opinion as a customer?**

I assume that the takeover will come about. The product ranges complement each other, and the Conti employees have no disadvantages to fear.  From an economic viewpoint, it would be a very good thing.

**We would have more likely presumed that the auto manufacturers want to have a lot of transparency, if for no other reason than to be able to apply appropriate pressure in the price negotiations.**

You can be sure that we do not keep informed just via the newspaper.  We know very well what condition our business partners are in.  For example, about 15 percent of our suppliers operate under economically difficult circumstances.  We speak with them every week and stay informed about the financial indicators.  However, we prefer to work with suppliers who are economically healthy, because a long-term strategy is possible with them.

**Do you mean that the integration of Siemens-VDO becomes simpler, if Schaeffler gets in with Conti?**

With a financially strong family business behind it, the integration is surely simpler because it can be approached more calmly.  Schaeffler is, in my opinion, very solidly financed, has a high net worth position and is clearly on its way.

[image: Photo]

["The role of the IG-Metall [Industrial Union of Metalworkers] official, Juergen Peters, in the VW supervisory board is not necessarily productive."]

1

**Then Schaeffler will perhaps have the controlling interest at Conti faster than Porsche will at VW?  In your case, the takeover has already dragged on for nearly three years.**

We are not on a race track.  And our schedule stands.  We definitely intend to cross the 51 percent boundary this year and an entire series of antitrust agencies must agree to this.  The United States' [approval] has been received since last week; the approval of the European Commission as well; China's has just arrived.  This is all going well.  But some, the Balkan states for example, still need additional documents.  And the officials of other southeast European countries have informed us that they are now on vacation and will only arrive at a decision by the middle of September.  Nevertheless, we assume that we will gradually ramp up in September.

**How is the transaction going?**

In the first step we will execute the forward contract, the earliest date for which is September 2, but which requires the approval of the antitrust authorities for its completion.  Delays by two, three weeks are not a problem for us and are rather normal.  Then we will try to continue to buy.

**This would now be expensive for a regular shareholder.  The price of a VW share has in the meantime risen to more than 200 Euros.  When Porsche bought the first tranche nearly three years ago, it was still about 35 Euros.**

We executed hedging transactions, i.e. so-called "cash settled options," which lock in a certain price, as the name implies.

**Can you explain this more precisely?**

Actually no, otherwise the blueprint will be on the market. We want to pull this project off quietly.  We will gladly talk about how such a structure functions afterwards.

**In any case, it is all the same to you where the price of a VW share is now.**

With the help of the hedging transactions, we were able to secure a price for ourselves, which we have to pay for further purchases.

**Can you possibly also profit from that?**

That can happen.

**Where there is a winner, there must also be a lot of losers. Many banks probably did poorly?**

There are winners and losers in all option transactions. But I assume that the banks hedged their positions accordingly.

**And you are now pulling it off, even if there is still considerable controversy concerning codetermination.  And the VW law is also not yet off the table.**

Now unfortunately the political discussion has forced us into a loop until the entire thing is determined before the European Court of Justice.  We cannot appeal to the European Court of

2

Justice ourselves.  But we have brought suit against the shareholder resolutions for amendment of the articles of incorporation. We assume that the court in which the suit is pending will also refer this case to the European Court of Justice.

**How long then will this loop last?**

This can proceed relatively quickly.  The Federal Government must explain their proposed bill to the European Commission at the beginning of August.  The Commission will then respond - probably after the summer break.  The EU is also threatening to impose a fine; hence the pressure is increasing.  Some cabinet members have also urged that the VW law should not enter into force if it is contrary to European law.

**And what about the demand of the VW employees for a greater say?**

In principle the rights of VW employees to codetermination and to have a say in the VW Company are not reduced.  Discussions only concern the Porsche Automobil Holding. More codetermination in cases of relocations or factory closings is, however, no problem for us. After all, Porsche does not want to eliminate any jobs.  Whoever makes such allegations is playing on the fears of the employees.  And whoever plays on the fears of the employees for political reasons is acting absolutely irresponsibly.  It only makes it worse when even federal ministers spread such allegations, particularly since we have not given even the smallest cause for such accusations.

**But are you against employee participation in the case of new factory startups?**

Startups are clearly management decisions, because the management is exclusively responsible for them.  The employees participate in these decisions in the context of the specified rights of codetermination in the supervisory board and in other bodies.  Take the planned new factory in the United States as an example.  Due to exchange rate conditions, one must buy locally there and one cannot try to supply parts that are available worldwide from Germany to America.  If that would happen, the project would not merely be jeopardized economically, but rather would no longer be feasible.

**Is there at least a way to come closer on a codetermination agreement, which concerns the allocation of power between the various employee representatives?**

We are relatively close to a solution concerning this.  But, whenever we think we're near the goal, the VW works council chairman always comes up with additional demands.  We have the feeling that a power struggle within IG Metall [Industrial Union of Metalworkers] is taking place in the background.  For example, the role of IG Metall official, Jürgen Peter, in the VW supervisory board is not necessarily productive.  I rather doubt whether he really has only the interests of the workers in mind.

**The mood is against you.  How can the problem be solved now?**

As soon as we have taken the next steps, i.e., achieved an actual controlling interest and then 51 percent, we will get back to operational issues again.  Then the discussion will become substantive.

**The implication is that you are going the whole hog.**

3

Yes, we cannot leave the whole thing up in the air.

**How was it actually possible that a small enterprise like Porsche could step into the Dax-Corporation Volkswagen and is now about to take it over?**

Volkswagen was somewhat obviously in a rather difficult condition more than three years ago. The stock price was very low - and we took advantage of this situation. The assessment of our entry and our work is clearly apparent from the VW stock price.  Our engagement with Volkswagen has already had a considerably positive effect.

**The works council obviously sees that somewhat differently?**

That may be.  Perhaps the works council forgets about this question too quickly. The long-term perspective and thus the security of every Volkswagen employee has nevertheless improved since we stepped in.  Quarrels can only be harmful, particularly since the dispute itself primarily concerns positions between the worker representatives of Porsche and Volkswagen

[image]

["In America, we've brought down inventories. And we have hedged the U.S. dollar up to 2013."]

and less between the VW works council and Porsche management.  We have in any event demonstrated thus far that, in our business policy, the employees' interests always have stood and stand at the fore, which the VW works council cannot necessarily assert about itself in the past, as is well known.

**The price-earnings [P/E ] ratio for VW is now 17. This means that many investors must really have a very favorable opinion about how VW will continue to evolve if Porsche is in command.**

We are convinced that VW has very good profit prospects and is also on a very, very good path. We initiated a discussion with our VW colleagues three years ago and we brought Toyota into the discussion as a model.  It has been pushed forward since then, nearly without effort on our part.  The goal is to carry VW into an unassailable top position worldwide.  That would also be more useful to the employees than any ever so artfully balanced agreement concerning committee allocations.  No cash, no bash, as the saying goes.

**And it's actually working?  We hear that things haven't progressed as much with cost discipline.**

What we see is absolutely going in the right direction.  An outstanding vehicle with quite ambitious net yield goals will come on the market with the new Golf.  One must of course always pay attention to costs during the entire process and, if possible, avoid unsound compromises.  In that regard, I am in complete agreement with my colleague, chief financial officer Hans Dieter Pötsch.

**You obviously have a good relationship with Mr. Pötsch – won't this be harmful to him?**

Hopefully it will be even better.

4

**More specifically: How deep is your insight into the calculations and assessments of overall return on an investment, and to what extent is this accepted by the remainder of the supervisory board?**

I am unaware that any of my colleagues in the VW supervisory board has a problem with the defined information flow.  Naturally the present phase occasionally entails uncertainty for which there is no real reason.   It is therefore so very important that we achieve a controlling interest quickly.  But one thing is quite clear:  We will not interfere in the business operations.  No, we defined our task differently: to define shared goals with appropriate financial parameters, which must then be achieved.

**Are cars like the VW Phaeton and the 1001-PS Bugatti then still acceptable?**

But you know the Porsche philosophy?  In our company, every car must make money.  And a project that doesn't make money, must be very, very well justified.  Since Mr. Wiedeking took office at Porsche and with my entry into the enterprise shortly thereafter, every vehicle makes good money for us.  Concerning the Phaeton, I can imagine that there are product engineering configurations that will let the Phaeton also meet internally set net profit goals.

**Where do you then draw the line between strategic and operational work?**

The North America strategy is a strategic issue for example.  If one wants to do battle with Toyota, one must be not only be present in the American market, but also earn money there.

**How can that work?**

To reduce the price difference between VW and Toyota, you need to reduce technical features, which are unnecessary anyway, for example, because of the speed limit in America.  And beyond that, because of the difference in the rate of exchange, you must also buy parts and assemblies in North America.  These insights are totally indisputable at VW.

**The business conditions, the raw materials, the climate discussion – all of that makes it quite difficult for automakers.**

[image:]
["A Porsche with batteries is not impossible if the acceleration is right"]

One must think about how one reacts to this.  Porsche brought down inventories in North America in time, in order to be able to hold the price level and not have to give any discounts.  The residual values are still healthy in our leasing business.  In addition, we have hedged the U.S. dollar up to 2013.  That is, we have sufficient time to adjust our costs.  In addition, we have internally raised the budget prices for our planning by more than 15 percent.  From this position we can also approach price increases much more moderately than our competitors who have not hedged the dollar exchange rate accordingly.  If the dollar exchange rate should settle down to 1.60 Euros, we will also have the possibility of doing business profitably in the United States after 2013.

**But the business in your most important market is falling back to begin with.**

5

The sales are under the previous year's value by a single digit percentage, and it should be borne in mind that the new 911 will only come on the market in the United States in September. Our clientele is waiting for this car, and that's a good thing. I assume we will achieve the same sales numbers with the 911 in the coming fiscal year.

**But things are more problematic with the Cayenne– the market for sport-utility vehicles (SUVs) isn't exactly good?**

The entire SUV segment continues to grow, despite the environmental debate. We have analyzed this carefully. If one compares Cayenne consumption with the consumption of competing American vehicles, we do substantially better. And this likewise applies with the handling characteristics. The Cayenne is the best that is available worldwide in the market in this bracket.

**Isn't the America business battering your profitability?**

We compensated for the decrease in new markets, so that we are altogether content with the sales progress this year. You will see that we also don't look so bad in terms of profitability, if the financial year were to end this week.

**You're now glowing over your whole face.**

There is no reason for me as a chief financial officer to cry in exasperation.

**You are possibly only suppressing tears of joy. There's already been public speculation during the weekend that Porsche's profit will be higher than its sales?**

We always said that we will also achieve good profits for the financial year 2007/08. We will publicize the first indications concerning the profit trend in the early autumn. But the numbers will only be definitively established by the supervisory board in its November meeting. We'll have to wait until then.

**Will the share price also rise again, if you are that lucky with the profits?**

Lately I have broken my habit of asking for a fundamental explanation for stock prices. Porsche is absolutely undervalued. Our holding in VW is by itself worth more than the entire market capitalization of Porsche. Whoever buys a share of Porsche today gets Porsche for free and pays only for the VW holding. That is absurd and it proves that the valuation method is incorrect from beginning to end. We are furthermore the most profitable car manufacturer in the world and will also be so for the next financial year.

If, viewed alone, Porsche itself makes very good money, it cannot be that you get us for free on the stock exchange. The stock exchange obviously no longer reflects the value of businesses nowadays, but is driven by other factors.

**Another topic: How long will the combustion engine last?**

There are still many possibilities for further optimizing the combustion engine. An intensive effort is being applied to that and I am convinced that we will still need it for our roads in the next two decades.

**But, that's not too long.**

Indeed. But electric motors will only become economically practical when battery technology makes a quantum leap.  Then one will be able to also imagine sports cars using this engine system.

**… a Porsche with batteries?**

That's not impossible if the corresponding power and acceleration are right.

**One can't imagine the sound of an electric car that's a Porsche.**

We can also sail sportily.


This interview was conducted by **Carsten Knop** and **Susanne Preuss**.

7

# MERRILL BRINK INTERNATIONAL

Merrill Brink International Corporation



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York )
                  ) ss:
County of New York )

## Certificate of Accuracy

This is to certify that the attached document with reference:

*Chief Financial Officer Holger P. Härter: "Porsche is Absolutely Undervalued",*
*Frankfurter Allgemeine Zeitung, July 29, 2008*

originally written in the German language, is to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: August 27, 2010

_____
Audrey Dotson
Senior Project Manager - Legal Translations
Merrill Brink International

Sworn to and signed before Me, this __27th__ day of __August__ 2010

_____
Notary Public

GINA ST LAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

**Im Gespräch:** Holger P. Härter, stellvertretender Vorstandsvorsitzender und Finanzvorstand der Porsche Automobil Holding SE

# „Porsche ist absolut unterbewertet"

Der Sportwagenhersteller Porsche hat mit den Optionsgeschäften auf Aktien seiner Beteiligung Volkswagen eine glänzende Wette abgeschlossen. Auch das Ergebnis des laufenden Geschäftsjahres wird davon profitieren. Den Erwerb der VW-Mehrheit will Porsche-Finanzvorstand Holger Härter rasch vollziehen. Auch den Kauf von Continental durch Schaeffler würde Porsche begrüßen. Um Rat gefragt haben die Schaefflers bei Porsche aber nicht.



*Holger Härter* — Fotos Wonge Bergmann

*Herr Härter, Porsche war mit der angestrebten Übernahme von Volkswagen das erste Familienunternehmen, das nach einem Dax-Konzern gegriffen hat. Jetzt will das Familienunternehmen Schaeffler den Autozulieferer Continental übernehmen. Haben Frau Schaeffler und ihr Geschäftsführer Jürgen Geißinger bei Ihnen Rat geholt oder nur genau hingeschaut?*

Es gibt gewisse Parallelen, aber das ist auch schon alles. Ein solcher Plan eines Unternehmens ist doch so hoch vertraulich, dass man nicht darüber redet, selbst wenn man sich gut kennt. Ich habe weder mit Jürgen Geißinger noch mit Frau Schaeffler je darüber gesprochen. Dafür ist das Thema viel zu sensibel.

*Porsche ist ja auch Abnehmer der beiden Autozulieferer. Wie ist Ihre Meinung als Kunde?*

Ich gehe davon aus, dass die Übernahme zustande kommt. Die Produktpaletten ergänzen sich, und die Beschäftigten von Conti haben keine Nachteile zu befürchten. Aus wirtschaftlicher Sicht wäre es eine sehr gute Sache.

*Wir hätten eher vermutet, dass die Autohersteller ganz viel Transparenz haben wollen, schon allein, um entsprechend Druck in den Preisverhandlungen machen zu können.*

Gehen Sie davon aus, dass wir uns nicht nur über die Zeitung informieren. Wir wissen schon sehr gut Bescheid, in welcher Verfassung unsere Geschäftspartner sind. Ungefähr 15 Prozent unserer Lieferanten arbeiten beispielsweise unter wirtschaftlich schwierigen Umständen. Mit denen sprechen wir jede Woche und lassen uns auch über die Finanzkennzahlen informieren. Lieber arbeiten wir aber mit Lieferanten, die wirtschaftlich gesund sind, weil mit diesen eine langfristige Strategie möglich ist.

*Sie meinen also, dass die Integration von Siemens-VDO einfacher wird, wenn Schaeffler bei Conti einsteigt?*

Mit einem finanzstarken Familienunternehmen im Rücken ist die Integration sicherlich einfacher, weil sie mit mehr Ruhe angegangen werden kann. Schaeffler ist nach meiner Einschätzung sehr solide finanziert, hat hohe Eigenkapitalpositionen und ist entschlossen unterwegs.



„Die Rolle von IG-Metall-Funktionär Jürgen Peters im VW-Aufsichtsrat ist nicht unbedingt zielführend."

*Dann hat Schaeffler vielleicht schneller die Mehrheit bei Conti als Porsche bei VW? Bei Ihnen zieht sich der Übernahmeprozess nun ja schon seit bald drei Jahren hin.*

Wir sind doch nicht auf der Rennstrecke. Und unser Zeitplan steht. Wir haben fest vor, in diesem Jahr die 51-Prozent-Grenze zu überschreiten, und dafür müssen nun mal eine ganze Reihe Kartellämter zustimmen. Die Vereinigten Staaten liegen vor, als letzter Woche gab es die Genehmigung der EU-Kommission; China ist gerade angekommen. Das ist alles im grünen Bereich. Aber einige Balkanstaaten brauchen beispielsweise noch weitere Unterlagen. Und die Beamten anderer südosteuropäischer Länder haben uns mitgeteilt, dass sie jetzt im Urlaub sind und erst Mitte September zu einer Entscheidung kommen werden. Trotzdem gehen wir davon aus, dass wir im September sukzessive aufstocken werden.

*Wie läuft die Transaktion?*

Im ersten Schritt werden wir das Termingeschäft vollziehen, das 2. September als frühestes Datum hat, aber die Zustimmung der Kartellbehörden für den Vollzug voraussetzt. Verzögerungen von zwei, drei Wochen sind für uns kein Problem und eher normal. Dann werden wir versuchen, weiter zuzukaufen.

*Für einen normalen Aktionär wäre das jetzt teuer. Der Kurs der VW-Aktie ist mittlerweile auf mehr als 200 Euro gestiegen. Als Porsche vor fast drei Jahren die erste Tranche kaufte, lag er noch bei 35 Euro.*

Wir haben Kurssicherungsgeschäfte getätigt, also sogenannte „cash settled Options", die uns einen bestimmten Kurs sichern, wie ja der Begriff aussagt.

*Können Sie das genauer erklären?*

Eigentlich nicht, sonst ist doch die Blaupause auf dem Markt. Wir wollen das Projekt jetzt in Ruhe durchziehen. Danach können wir uns gerne unterhalten, wie so eine Struktur funktioniert.

*Auf jeden Fall ist Ihnen ganz egal, wo der Kurs der VW-Aktie jetzt ist.*

Mit Hilfe der Kurssicherungsgeschäfte konnten wir uns einen Preis sichern, den wir für weitere Käufe zu bezahlen haben.

*Möglicherweise verdienen Sie noch daran?*

Das kann schon passieren.

*Wo ein Gewinner ist, muss es ja auch eine Menge Verlierer geben. Wahrscheinlich haben viele Banken ein schlechtes Geschäft gemacht?*

Das mit den Gewinnern und Verlierern ist bei allen Optionsgeschäften so. Aber ich gehe davon aus, dass die Banken ihre Positionen entsprechend abgesichert haben.

*Und Sie ziehen das jetzt durch, auch wenn es noch viel Streit gibt über die Mitbestimmung. Und das VW-Gesetz ist ja auch noch nicht vom Tisch.*

Es ist nun halt leider so, dass wir aufgrund der politischen Diskussion in eine Schleife gezwungen werden, das Ganze vor dem Europäischen Gerichtshof geregelt wird. Wir können zwar nicht selbst den EuGH anrufen. Aber wir haben gegen die Hauptversammlungsbeschlüsse zur Satzungsänderung geklagt und gehen davon aus, dass das Gericht, bei dem die Klage jetzt anhängig ist, auch diesen Sachverhalt an den Europäischen Gerichtshof verweist.

*Wie lange dauert diese Schleife dann?*

Das kann relativ schnell gehen. Anfang August muss die Bundesregierung gegenüber der Europäischen Kommission ihren Gesetzentwurf erläutern. Danach wird die Kommission – wahrscheinlich nach der Sommerpause – antworten. Von der EU ist ja auch schon Zwangsgeld angedroht worden, das heißt, der Druck nimmt zu. Einige Kabinettsmitglieder haben zudem darauf gedrungen, dass das VW-Gesetz nicht in Kraft treten soll, wenn es europarechtswidrig ist.

*Und was ist mit der Forderung der VW-Arbeitnehmer nach mehr Mitsprache?*

Grundsätzlich sind die Mitbestimmungs- und Mitspracherechte der VW-Mitarbeiter im VW-Konzern nicht eingeschränkt. Diskussionen gibt es nur für die Porsche Automobil Holding. Mehr Mitbestimmung bei Verlagerungen oder Werksschließungen ist für uns aber kein Problem. Porsche will schließlich keine Arbeitsplätze abbauen. Wer so einen Vorwurf in die Welt setzt, spielt mit den Ängsten der Mitarbeiter. Und wer aus politischen Gründen mit den Ängsten der Beschäftigten spielt. Geschähe das, wenn es selbst Bundesminister Derartiges verbreiten, zumal wir für solche Vorwürfe nicht den geringsten Anlass liefern.

*Bei Werksneugründungen sind Sie aber gegen Mitsprache?*

Werksgründungen sind eindeutig Managemententscheidungen, weil auch die Verantwortung dafür ausschließlich bei der Geschäftsführung liegt. Die Arbeitnehmer nehmen an diesen Entscheidungen im Rahmen der definierten Mitbestimmungsrechte im Aufsichtsrat und in anderen Gremien teil. Nehmen wir als Beispiel das geplante neue Werk in den Vereinigten Staaten. Wegen der Wechselkursrelationen muss man dort vor Ort einkaufen und kann nicht versuchen, weltweit verfügbare Teile aus Deutschland nach Amerika zu liefern. Geschähe das, wäre das Projekt in seiner Wirtschaftlichkeit nicht nur gefährdet, sondern nicht mehr durchführbar.

*Gibt es denn wenigstens Annäherung bei der Mitbestimmungsvereinbarung, wo es ja um die Aufteilung der Macht zwischen den verschiedenen Arbeitnehmervertretern geht?*

Da sind wir relativ nah an einer Lösung. Aber immer, wenn wir meinen, am Ziel zu sein, kommt der VW-Betriebsratsvorsitzende mit Nachforderungen. Wir haben das Gefühl, dass sich im Hintergrund ein Machtkampf innerhalb der IG Metall abspielt. Die Rolle von IG-Metall-Funktionär Jürgen Peters im VW-Aufsichtsrat beispielsweise ist nicht unbedingt zielführend. Ob er wirklich nur die Interessen der Belegschaft im Auge hat, scheint mir doch eher zweifelhaft.

*Die Stimmung ist gegen Sie. Wie kann man das Problem nun lösen?*

Sobald wir die nächsten Etappen genommen haben, also die faktische Mehrheit und dann die 51 Prozent, wird es wieder um operative Themen gehen. Dann wird sich auch die Diskussion versachlichen.

*Das spricht dafür, dass man Nägel mit Köpfen macht.*

Ja, wir dürfen das Ganze nicht mehr in der Schwebe lassen.

*Wie war es eigentlich möglich, dass ein so kleines Unternehmen wie Porsche bei dem Dax-Konzern Volkswagen einsteigen konnte und jetzt kurz vor der Übernahme steht?*

Volkswagen war vor drei Jahren ziemlich offensichtlich in einer schwierigen Verfassung. Der Aktienkurs war sehr niedrig – und diese Situation haben wir genutzt. Wie man unseren Einstieg und unsere Arbeit einschätzt, dürfen Sie getrost am VW-Aktienkurs ablesen. Unser Engagement bei Volkswagen hat also schon viel Positives bewirkt.

*Das sieht offensichtlich der Betriebsrat etwas anders?*

Mag sein. Vielleicht vergisst der Betriebsrat in dieser Frage zu schnell. Die langfristige Perspektive und damit die Sicherheit hat sich doch für jeden Volkswagen-Mitarbeiter seit unserem Einstieg verbessert. Querelen schaden dabei nur, zumal es bei der Auseinandersetzung in der Sache in erster Linie um Positionen zwi-



„Wir haben in Amerika die Bestände heruntergefahren. Und im Dollar sind wir bis 2013 abgesichert."

schen den Belegschaftsvertretern von Porsche und Volkswagen handelt und weniger zwischen dem VW-Betriebsrat und dem Porsche-Management. Wir jedenfalls haben bisher bewiesen, dass in unserer Geschäftspolitik die Mitarbeiter-Interessen immer im Vordergrund standen und stehen, was der VW-Betriebsrat bekanntlich von sich in der Vergangenheit und unbedingt behaupten kann.

*Das Verhältnis von Kurs zu Gewinn bei VW ist jetzt bei 17. Das heißt, die Menge Anleger müssen wirklich eine sehr hohe Meinung davon haben, wie sich VW weiterentwickelt, wenn Porsche dann das Sagen hat.*

Wir sind davon überzeugt, dass VW sehr gute Ertragschancen hat und auch auf einem sehr, sehr guten Weg ist. Wir haben mit den VW-Kollegen vor drei Jahren eine Diskussion losgetreten und Toyota als Leitbild ins Gespräch gebracht. Das wird inzwischen fast ohne unser Zutun weitergetrieben. Ziel ist es, VW weltweit in eine unangreifbare Spitzenposition zu bringen. Das würde auch den Arbeitnehmern mehr nützen als jede noch so kunstvoll austarierte Vereinbarung über Gremienbesetzungen. Ohne Moos ist bekanntlich nichts los.

*Und das läuft wirklich? Wir hören, dass es mit der Kostendisziplin schon nicht mehr so weit her ist.*

Das, was wir sehen, läuft absolut in die richtige Richtung. Mit dem neuen Golf wird ein hervorragendes Fahrzeug mit durchaus anspruchsvollen Renditezielen auf den Markt kommen. Selbstverständlich muss man im gesamten Prozess immer auch auf die Kosten achten und möglichst faule Kompromisse vermeiden. Da bin ich auch mit meinem Kollegen, Finanzvorstand Hans Dieter Pötsch, einer Meinung.

*Sie haben offenbar einen guten Draht zu Herrn Pötsch – wird ihm das nicht schaden?*

Das wäre ja noch schöner.

*Konkreter: Wie tief ist der Einblick in Kalkulationen und Renditeberechnungen, die der Rest des Aufsichtsrats akzeptiert?*

Also mir ist nicht bekannt, dass einer meiner Kollegen im VW-Aufsichtsrat ein Problem mit dem definierten Informationsfluss hat. Natürlich schafft die gegenwärtige Phase zuweilen auch Unsicherheit, für die es keinen realen Grund gibt. Deshalb ist es ja so wichtig, dass wir zügig die Mehrheit holen. Eines ist aber ganz klar: Wir werden uns nicht ins operative Geschäft einmischen. Nein, unsere Aufgabe haben wir anders definiert: gemeinsame Ziele mit den entsprechenden Finanzkennzahlen definieren, die dann erreicht werden müssen.

*Sind Autos wie der VW Phaeton und der 1001-PS-Bugatti dann noch tragbar?*

Sie kennen doch die Porsche-Philosophie? Bei uns muss jedes Fahrzeug Geld verdienen. Und ein Projekt, das kein Geld verdient, muss sehr, sehr gut begründet werden. Seit dem Amtsantritt von Herrn Wiedeking bei Porsche und kurz darauf auch mit meinem Eintritt in das Unternehmen verdient jedes Fahrzeug bei uns gutes Geld. Was den Phaeton betrifft: Ich kann mir schon vorstellen, dass es produkttechnische Konstellationen gibt, die auch den Phaeton intern gestellte Renditeziele erfüllen lassen.

*Wo ziehen Sie denn die Grenze zwischen strategischer und operativer Arbeit?*

Die Nordamerika-Strategie beispielsweise ist ein strategisches Thema. Will man den Kampf mit Toyota aufnehmen, dann muss man im amerikanischen Markt nicht nur präsent sein, sondern dort auch Geld verdienen.

*Wie kann das funktionieren?*

Um die Preisdifferenz zwischen VW und Toyota zu verringern, wird man technische Inhalte, die zum Beispiel wegen der Geschwindigkeitsbegrenzung in Amerika ohnehin nicht nötig sind, reduzieren. Und darüber hinaus muss man wegen der Wechselkursdifferenz Teile und Aggregate auch in Nordamerika einkaufen. Das sind Erkenntnisse, die bei VW inzwischen völlig unstrittig sind.

*Die Konjunkturlage, die Rohstoffe, die Klimadiskussion – all das macht das für Autohersteller doch gerade ziemlich schwierig.*



„Ein Porsche mit Batterien ist nicht ausgeschlossen – wenn die Beschleunigung stimmt."

Man muss sich überlegen, wie man darauf reagiert. Porsche hat in Nordamerika rechtzeitig die Bestände heruntergefahren, um das Preisniveau halten zu können und keine Rabatte geben zu müssen. In unserem Leasing-Geschäft sind die Restwerte nach wie vor gesund. Außerdem sind wir bis 2013 im amerikanischen Dollar abgesichert. Das heißt, wir haben genügend Zeit, unsere Kosten anzupassen. Außerdem haben wir intern die Budgetkurse für unsere Planungen um mehr als 15 Prozent angehoben. Aus dieser Position heraus können wir auch an Preiserhöhungen sehr viel moderater herangehen als Wettbewerber, die den Dollar-Kurs nicht entsprechend gesichert haben. Sollte der Dollar-Kurs sich bei 1,60 Euro einpendeln, werden wir auch nach 2013 die Möglichkeit haben, in den Vereinigten Staaten profitable Geschäfte zu machen.

*Aber jetzt geht das Geschäft in Ihrem wichtigsten Markt erst einmal zurück.*

Der Absatz liegt im einstelligen Prozentsatz unter dem Vorjahreswert, wobei zu berücksichtigen ist, dass der neue 911er ja erst im September in den Vereinigten Staaten auf den Markt kommen wird. Unsere Klientel wartet auf dieses Fahrzeug, und das ist gut so. Ich gehe davon aus, dass wir mit dem 911er im nächsten Geschäftsjahr die gleichen Absatzzahlen erreichen werden.

*Aber mit dem Cayenne wird es problematischer – der Markt für Geländewagen (SUV) ist ja nicht gerade gut?*

Das gesamte Segment der SUVs wächst ja weiter, trotz der Umweltdiskussion. Das haben wir genau analysiert. Wenn man den Cayenne-Verbrauch mit dem Verbrauch amerikanischer Wettbewerbsfahrzeuge vergleicht, liegen wir wesentlich besser. Und mit den Fahreigenschaften sowieso. Der Cayenne ist mit das Beste, was in diesem Segment weltweit auf dem Markt ist.

*Das Amerika-Geschäft verhagelt Ihnen also nicht das Ergebnis?*

Wir haben den Rückgang in neuen Märkten kompensiert, so dass wir mit der Absatzentwicklung insgesamt in diesem Jahr zufrieden sind. Sie werden sehen, dass wir ergebnismäßig auch nicht so schlecht aussehen, wenn das Geschäftsjahr diese Woche endet.

*Da strahlen Sie ja nun über Ihr ganzes Gesicht.*

Es gibt keinen Grund für mich als Finanzvorstand, jetzt etwa aus Frust zu weinen.

*Möglicherweise unterdrücken Sie nur die Freudentränen. Am Wochenende wurde ja schon öffentlich spekuliert, dass der Porsche-Gewinn höher sein wird als der Umsatz?*

Wir haben intern gesagt, dass wir auch für das Geschäftsjahr 2007/08 ein gutes Ergebnis einfahren werden. Erste Indikationen über die Ergebnisentwicklung werden wir im Frühherbst bekanntgeben. Endgültig wird dieser Wert aber vom Aufsichtsrat erst in seiner November-Sitzung festgestellt. Bis dahin müssen Sie sich noch gedulden.

*Wird auch der Kurs der Aktie wieder steigen, wenn Sie mit dem Ergebnis so glücklich sind?*

Ich habe mir inzwischen abgewöhnt, nach einer fundamentalen Erklärung von Aktienkursen zu fragen. Porsche ist absolut unterbewertet. Der Anteil, den wir an VW besitzen, ist schon mehr wert als die gesamte Börsenkapitalisierung von Porsche. Wer heute die Porsche-Aktie kauft, bekommt Porsche umsonst mitgeliefert und bezahlt nur den VW-Anteil. Das ist doch absurd und beweist, dass der Bewertungsansatz hinten und vorne nicht stimmt. Wir sind weiterhin der profitabelste Automobilhersteller der Welt und werden das auch im nächsten Geschäftsjahr sein. Wenn also Porsche allein betrachtet ein gutes Geld verdient, kann es nicht sein, dass man uns an der Börse umsonst bekommt. Die Börse spiegelt heutzutage ganz offensichtlich nicht mehr den Wert der Unternehmen wider, sondern wird von anderen Faktoren getrieben.

*Ein anderes Thema: Wie lange gibt es den Verbrennungsmotor noch?*

Es gibt noch viele Möglichkeiten, den Verbrennungsmotor weiter zu optimieren. Da wird sehr intensiv daran gearbeitet, und ich bin überzeugt, dass wir ihn in den nächsten zwei Jahrzehnten für unsere Straßen noch brauchen werden.

*Das ist aber nicht lang.*

In der Tat. Aber Elektromotoren werden erst dann wirtschaftlich sinnvoll, wenn die Batterie-Technologie einen Quantensprung macht. Dann wird man sich mit diesem Antriebssystem auch sportliche Fahrzeuge vorstellen können.

*... ein Porsche mit Batterien?*

Wenn die entsprechende Leistung und die Beschleunigung stimmen, ist das nicht ausgeschlossen.

*Den Klang eines Elektroautos kann man sich für einen Porsche ja nicht vorstellen ...*

Wir können auch sportlich segeln.

Das Gespräch führten **Carsten Knop** und **Susanne Preuß**.