# EXHIBIT L

# News archive 2008

## Porsche denies speculations about increasing its stake in VW to 75 percent

### Decision of Supervisory Board concerns majority holding only

**Stuttgart.** Porsche Automobil Holding SE, Stuttgart, denies reports in the media which claim that the enterprise intends to increase its stake in VW to 75 percent. The speculation about going up to 75 percent does not consider the realities of VW's shareholder structure. In view of the fact that the German Federal State of Lower Saxony, as the second major shareholder, holds a stake of more than 20 percent in Volkswagen, the probability of acquiring the necessary shares from the remaining freefloat is very small indeed.

The background of the current media reports is obviously provided by rumours on the Stock Exchange which can be traced back to the speculative mind games of analysts and investors.

GO

3/10/2008