# EXHIBIT N



1 of 1 DOCUMENT

Copyright 2008 Factiva ®, from Dow Jones
All Rights Reserved

Dow Jones Factiva

(c) 2008 Reuters Limited
Reuters News

October 2, 2008 Thursday 10:24 AM GMT

**LENGTH:** 172 words

**HEADLINE:** AUTOSHOW-Porsche keeps option for domination of VW

**DATELINE:** October 2, 2008

**BODY:**

(Corrects "piece" in fifth paragraph to "peace")

PARIS, Oct 2 (Reuters) - Porsche   wants to retain the possibility of dominating Volkswagen   later on even though it said this is currently not a realistic option.

"We do not want to rule out this possibility at the end of the day, somepoint in the future," Porsche Chief Executive Wendelin Wedeking told reporters on Thursday on the sidelines of Paris car show.

Because, however, a domination and profit transfer agreement requires at least 75 percent control according to German law, Wedeking said this was for the moment only a theoritical possibility as the State of Lower Saxony controls 20 percent of VW votes.

Wiedeking added that he expected crossing the 50-percent threshold this year would send a clear message as to who owns the biggest car company in Europe.

"In people perception, it's clear then to everybody and there is no more disccusion. I'm convinced this would bring peace into the company and build more trust with Porsche".   (Reporting by Christiaan Hetzner)

**NOTES:** AUTOS/PORSCHE (URGENT) (CORRECTED)|LANGEN|ABN|E|RBN|RNP|PCO;
PUBLISHER: Reuters Limited

**LOAD-DATE:** October 3, 2008