# EXHIBIT U

## Overview: Tremblant Capital Group

| Portfolio Summary | | Contact Information | |
|---|---:|---|---:|
| Equity Assets ($MM): | 1,580.80 | Address: | 767 Fifth Avenue, Floor 12A |
| Investment Style: | Hedge Fund | | New York, NY 10153-0023 |
| Total Assets ($MM): | 2,604.02 | | United States |
| Orientation: | Active | Tel: | (212) 303-7373 |
| Investor Type: | Investment Managers | Fax: | (212) 303-7349 |
| Investor Sub-Type: | Hedge Fund | Firm URL: | www.tremblantcapital.com |
| Turnover:: | Moderate | | |
| Turnover (%): | 85.39 | | |
| Filing Date: | 31-Dec-2014 | | |
| # of Securities Held: | 33 | | |

### Key Contacts

| Contact Name | Title | Phone | Email |
|---|---|---|---|
| Barakett, Brett | Chairman | 1-212-303-7373 | |
| Mishurov, Alex | Partner | 1-212-303-7373 | |
| Ahmad, Adnan | Research Analyst | 1-212-303-7366 | aahmad@tremblantcapital.com |
| Betts, Brian | Security Analyst | 1-212-303-7373 | |
| Brupbacher, Daniel | Research Analyst | 1-212-303-7373 | |

### Global Region

| Name | % Portfolio | Val ($MM) | Value Chg ($MM) | # of Securities | # of Securities (Bought) | # of Securities (Sold) | # of Securities (New) |
|---|---:|---:|---:|---:|---:|---:|---:|
| N. America | 77.14 | 1,219.45 | -970.71 | 51 | 10 | 41 | 3 |
| Europe | 10.41 | 164.58 | 28.22 | 6 | 2 | 4 | 0 |
| Asia | 9.64 | 152.45 | 32.63 | 5 | 3 | 2 | 1 |
| Africa | 2.16 | 34.09 | -111.62 | 1 | 0 | 1 | 0 |
| Middle East | 0.65 | 10.22 | -13.56 | 2 | 1 | 1 | 1 |

| General Investment Approach | Affiliations |
|---|---|
| No Data Available for General Investment Approach | Founded: March 29, 2001. Tremblant Capital Group is a New York, NY-based hedge fund management firm founded by Brett E.B. Barakett. The firm manages the Tremblant family of hedge funds. |

### Macro Industry

| Name | % Portfolio | Val ($MM) | Value Chg ($MM) | # of Securities | # of Securities (Bought) | # of Securities (Sold) | # of Securities (New) |
|---|---:|---:|---:|---:|---:|---:|---:|
| Consumer Discretionary | 51.13 | 808.29 | -359.15 | 22 | 6 | 16 | 2 |
| Consumer Staples | 3.50 | 55.33 | -97.21 | 5 | 1 | 4 | 1 |
| Financials | 10.77 | 170.29 | -56.75 | 7 | 3 | 4 | 0 |
| Industrials | 9.48 | 149.87 | -90.88 | 8 | 1 | 7 | 0 |
| Materials | 2.68 | 42.30 | -22.42 | 2 | 0 | 2 | 0 |
| Technology | 20.19 | 319.09 | -217.77 | 14 | 4 | 10 | 2 |
| Telecommunication Services | 2.25 | 35.62 | -125.21 | 3 | 1 | 2 | 0 |

### Market Cap



### Style Allocation



Source: Thomson Financial