# EXHIBIT Z

# TISAB
## Rechtsanwaltsgesellschaft mbH

TISAB Rechtsanwaltsgesellschaft mbH   Einhornstr. 21   72138 Kirchentellinsfurt

**Vorab per Telefax: 0531 488-2665**
Landgericht Braunschweig
**5. Zivilkammer**
Münzstraße 17
38100 Braunschweig

50 434/15 (30)

**Beglaubigte Abschrift**

Gemeinsame Briefannahmestelle
des LG und OLG Braunschweig

Eing.   02. März 2015

......Akt. .........Heft .........Anl.
......fach ...........€ ...........TAX

| Datum | Aktenzeichen | Sekretariat |
|---|---|---|
| 24.11.2014 | 90000/15 Tl/ZwU | Fr. Zwerenz - T +49 7121 9090951<br>sekretariat.tilp@tilp.de |

**Die Anlagen liegen dem LG Braunschweig bereits vor.**

# K l a g e

**1. Effecten-Spiegel AG,** Tiergartenstr. 17, 40237 Düsseldorf, vertr. d. d. Vorstand, Frau Marlies Weidtmann

**Klägerin zu 1)**

**2. Caisse de dépot et placement du Québec**, 1000 Place Jean-Paul Riopeolle, Montreal, (Québec) H2Z2B3 Canada, vertr. d. Jean-Luc Gravel und Sophie Lussier

**Klägerin zu 2)**

**3. Cirsio Alternative Master Fund Limited,** 2nd Floor, Midtown Plaza, Elgin Avenue, P.O. Box 448, Grand Cayman KY1-1106, Cayman Islands, vertr. d. Ingo Wagner

**Klägerin zu 3)**

**4. Colonial First State Investments Limited**, 11 Harbour Street, Sydney NSW 2000, vertr. d. Brad Massey

**Klägerin zu 4)**



**5. Cumbria County Council as Administrating Authority of the Cumbria Local Government Pension Fund**, The Courts, Carlisle, Cumbria, CA3 8NA, vertr. d. Caroline J. Elwood

**Klägerin zu 5)**

**6. Daiwa SB Investments (UK) Ltd.**, 5 King William Street, London ECHN7JA, vertr. d. Katsumi Nishihara und Steven List

**Klägerin zu 6)**

**7. DNB Asset Management AS**, Dronning Eufemias gate 30, 0191 Oslo, Norway, vertr. d. Jørgen Herø

**Klägerin zu 7)**

**8. Electricity Pensions Trustee Limited,** London UK, vertr. d. David Sayers und Paul Wallis

**Klägerin zu 8)**

**9. FRANKFURT-TRUST Investment Gesellschaft mbH,** Bockenheimer Landstr. 10, 60323 Frankfurt a. M., vertr. d. Marion Leukert

**Klägerin zu 9)**

**10. FVP Master Fund, L.P.**, c/o Firefly Value Partners, LP, 601 West 26th Street, Suite 1520, New York, NY 1000, vertr. d. Daniel Jemal

**Klägerin zu 10)**

**11. FVP US-Q, OP,** c/o Firefly Value Partners, LP, 601 West 26th Street, Suite 1520, New York, NY 1000, vertr. d. Daniel Jemal

**Klägerin zu 11)**

**12. Impala Fund LP Delaware**, c/o Impala Asset Management LLC, 107 Cherry Street, New Canaan, CT 06840, USA, vertr. d. Thomas Sulivan

**Klägerin zu 12)**

**13. Impala Fund Ltd. Cayman Islands**, c/o Impala Asset Management LLC, 107 Cherry Street, New Canaan, CT 06840, USA, vertr. d. Thomas Sulivan

**Klägerin zu 13)**

**14. Janus Capital Management LLC,** 151 Detroit St., Denver CO 80206, vertr. d. Amy J. Stefonick

**Klägerin zu 14)**

TISAB Rechtsanwaltsgesellschaft mbH
Einhornstraße 21 - 72138 Kirchentellinsfurt
T +49 7121 909060
F +49 7121 909081

Geschäftsführer Andreas W. Tilp
Amtsgericht Stuttgart
HRB 736517
Sitz: Kirchentellinsfurt

Baden-Württembergische Bank
BLZ 600 501 01 · Konto-Nr. 4397287
IBAN DE14 6005 0101 0004 3972 87
BIC: SOLADEST



15. **Marble Arch Investments, LP**, 645 Madison Avenue, 17th Floor, New York, NY 10022, vertr. d. Gregory Heyman

                                                             **Klägerin zu 15)**

16. **Mediolanum International Funds Limited**, 2 Shelbourne Buildings, Shelbourne Road, Ballsbridge, Dublin 4, Ireland, vertr. d. Furio Pietribiasi

                                                             **Klägerin zu 16)**

17. **Meditor European Master Fund Limited,** Penboss Building, 50 Parliament Street, Hamilton HM 12, Bermuda, vertr. d. Talal Shakerchi

                                                             **Klägerin zu 17)**

18. **OMERS Administration Corporation**, 200 Bay Street, Suite 2300, Toronto, ONM5J2J2, Canada, vertr. d. Jack Mahler und James Roks

                                                             **Klägerin zu 18)**

19. **U.S. Bank NA/PMC International Equity Fund**, Po Box 1787, Milwaukee, WI 53201, vertr. d. Stephanie Kapta und Scott Olson

                                                             **Klägerin zu 19)**

20. **Point72 Associates, LLC,** 72 Cummings Point Road Stamford, CT 06902, USA, vertr. d. Daniel P. Berkowitz

                                                             **Klägerin zu 20)**

21. **Point72 International Holdings, LLC**, 72 Cummings Point Road Stamford, CT 06902, USA, vertr. d. Daniel P. Berkowitz

                                                             **Klägerin zu 19)**

22. **Shell Pension Trust**, P.O. Box 1438, Houston, Texas 1125l, vertr. d. James C. Smith

                                                             **Klägerin zu 22)**

23. **State-Boston Retirement System,** City Hall, Room 816, Boston, MA 02201, United States vertr. d. Padraic P. Lydon

                                                             **Klägerin zu 23)**

24. **Tremblant Concentrated Fund LP**, 2711 Centerville Road, Suite 400, Wilmington, DE19808, vertr. d. Jim Eckert und Michael Hoffmann

                                                             **Klägerin zu 24)**

TISAB Rechtsanwaltsgesellschaft mbH     Geschäftsführer Andreas W. Tilp     Baden-Württembergische Bank



25. **Tremblant Concentrated Master Fund LP,** c/o Citco Fund Services (Cayman Islands) Limited, 89 Nexus Way, 2nd Floor, Camana Bay, P.O. Box 31106, Grand Cayman KY1-1205, Cayman Islands, vertr. d. Jim Eckert und Michael Hoffmann

**Klägerin zu 25)**

26. **Tremblant Partners LP,** c/o Citco Fund Services (Cayman Islands) Limited, 89 Nexus Way, 2nd Floor, Camana Bay, P.O. Box 31106, Grand Cayman KY1-1205, Cayman Islands, vertr. d. Jim Eckert und Michael Hoffmann

**Klägerin zu 26)**

27. **Tremblant Partners Master Fund LP.,** c/o Citco Fund Services (Cayman Islands) Limited, 89 Nexus Way, 2nd Floor, Camana Bay, P.O. Box 31106, Grand Cayman KY1-1205, Cayman Islands, vertr. d. Jim Eckert und Michael Hoffmann

**Klägerin zu 27)**

28. **Tremblant Super Concentrated Fund Ltd.,** c/o Citco Fund Services (Cayman Islands) Limited, 89 Nexus Way, 2nd Floor, Camana Bay, P.O. Box 31106, Grand Cayman KY1-1205, Cayman Islands, vertr. d. Jim Eckert und Michael Hoffmann

**Klägerin zu 28)**

29. **Tremblant-Trident Partners LP**, 2711 Centerville Road, Suite 400, Wilmington, DE19808, vertr. d. Jim Eckert und Michael Hoffmann

**Klägerin zu 29)**

30. **Tremblant-Trident Partners Ltd.,** c/o Citco Fund Services (Cayman Islands) Limited, 89 Nexus Way, 2nd Floor, Camana Bay, P.O. Box 31106, Grand Cayman KY1-1205, Cayman Islands, vertr. d. Jim Eckert und Michael Hoffmann

**Klägerin zu 30)**

31. **U.S. Bank NA/UFCW Pension**, Po Box 1787, Milwaukee, WI 53201, vertr. d. Stephanie Kapta und Scott Olson

**Klägerin zu 31)**

32. **Utah Retirement Systems**, 540 East 200 South, Salt Lake City, Utah, USA 84102, vertr. d. Daniel Andersen

**Klägerin zu 32)**

TISAB Rechtsanwaltsgesellschaft mbH    Geschäftsführer Andreas W. Tilp    Baden-Württembergische Bank