## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 6, 2016

Via ECF

The Honorable Shira A. Scheindlin,
　United States District Judge,
　　Daniel Patrick Moynihan United States Courthouse,
　　　500 Pearl Street, Room 1620
　　　　New York, New York 10007.

　　　Re:　*In re: Porsche Automobil Holding SE*, No. 1:15-mc-00417-P1 (SAS)

Dear Judge Scheindlin:

　　　On behalf of petitioner Porsche Automobil Holding SE ("PSE"), I write to update the Court regarding PSE's compliance with the Court's December 29, 2015 order (Dkt. # 4) (the "Order") granting PSE's application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") from certain hedge fund entities (the "Respondents"). Copies of this letter are being sent to Respondents via U.S. mail.

　　　In accordance with the Order, PSE has served copies of the Order, the Application, and subpoenas for production of documents and depositions on each of the Respondents as follows:

| Name of Entity Served | Date of Service |
|---|---|
| Firefly Value Partners, L.P. | December 30, 2015 |
| FVP GP, LLC | December 30, 2015 |
| Marble Arch Investments, LP | December 30, 2015 |
| Marble Arch Investments GP, LLC | December 30, 2015 |
| Tremblant Capital LP d/b/a Tremblant Capital Group | December 31, 2015 |
| Tremblant-Trident Capital LP | December 31, 2015 |

Hon. Shira A. Scheindlin                                                                                                         -2-

Tremblant-Trident Holdings LLC                              December 31, 2015

Tremblant Holdings LLC                                            December 31, 2015

Affidavits of service have been filed with the Court via ECF today.

        Because responses to the subpoenas are due "within two weeks of the date of service" (Order at 2), Firefly Value Partners, L.P.; FVP GP, LLC; Marble Arch Investments, LP; and Marble Arch Investments GP, LLC must respond by January 13, 2016; and Tremblant Capital LP d/b/a Tremblant Capital Group; Tremblant-Trident Capital LP; Tremblant-Trident Holdings LLC; and Tremblant Holdings LLC must respond by January 14, 2016.

                                                                          Respectfully,

                                                                 Robert J. Giuffra, Jr.