UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 1:15-mc-00417-P1 |

**SUPPLEMENTAL DECLARATION OF ROBERT J. GIUFFRA, JR.**

ROBERT J. GIUFFRA, JR. hereby declares under penalty of perjury as follows:

1. I am admitted to practice in the United States District Court for the Southern District of New York and am a member of the law firm Sullivan & Cromwell LLP, counsel to Porsche Automobil Holding SE ("PSE" or "Petitioner") in the above-captioned action. I submit this Supplemental Declaration in support of PSE's Cross-Motion To Compel Discovery From Respondents and in opposition to Respondents' Motion To Vacate or Quash.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Supplemental Declaration of Dr. Markus Meier in Support of PSE's Cross-Motion To Compel Discovery From Respondents and in Opposition to Respondents' Motion To Vacate or Quash. | Exhibit A |
| Certified Translation of the Official Minutes of the Hearing before the Regional Court of Hanover on December 8, 2015, *Effecten-Spiegel, et al.* v. *Porsche Automobil Holding SE*, Dkt. No. 18 O 175/15. | Exhibit B |
| Order Granting Discovery Pursuant to 28 U.S.C. § 1782, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (SAS) (S.D.N.Y. Dec. 29, 2015). | Exhibit C |

| | |
|---|---|
| Order Granting Discovery Pursuant to 28 U.S.C. § 1782, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 3:15-mc-00183 (VLB) (D. Conn. Jan.. 4, 2016). | Exhibit D |
| Subpoena For Testimony Served on Firefly Value Partners, LP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit E |
| Subpoena To Produce Documents Served on Firefly Value Partners, LP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit F |
| Subpoena For Testimony Served on FVP GP, LLC, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit G |
| Subpoena To Produce Documents Served on FVP GP, LLC, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit H |
| Subpoena For Testimony Served on Marble Arch Investments GP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit I |
| Subpoena To Produce Documents Served on Marble Arch Investments GP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit J |
| Subpoena For Testimony Served on Marble Arch Investments LP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit K |

-3-

| | |
|---|---|
| Subpoena To Produce Documents Served on Marble Arch Investments LP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 30, 2015. | Exhibit L |
| Subpoena For Testimony Served on Tremblant Capital LP d/b/a Tremblant Capital Group, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit M |
| Subpoena To Produce Documents Served on Tremblant Capital LP d/b/a Tremblant Capital Group, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit N |
| Subpoena For Testimony Served on Tremblant Holdings LLC, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit O |
| Subpoena To Produce Documents Served on Tremblant Holdings LLC, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit P |
| Subpoena For Testimony Served on Tremblant-Trident Capital LP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit Q |
| Subpoena To Produce Documents Served on Tremblant-Trident Capital LP, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit R |

| | |
|---|---|
| Subpoena For Testimony Served on Tremblant-Trident Holdings LLC, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit S |
| Subpoena To Produce Documents Served on Tremblant-Trident Holdings LLC, *In re Ex Parte Application of Porsche Automobil Holding SE for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, 1:15-mc-00417 (S.D.N.Y.), Served on December 31, 2015. | Exhibit T |

Executed on January 25, 2016 in New York, New York.

Robert J. Giuffra, Jr.