# Exhibit B

Public Session of the **18th Chamber for Civil Matters** of the Regional Court in Hanover

Hanover, December 8, 2015

**18 O 175/15**

Present:
Presiding Judge at the Regional Court, H.U. Kleybolte
as Presiding Judge

Judge at the Regional Court, Wehrhan
Judge at the Regional Court, Caesar
as Additional Judges

Court Clerk, Perner
as Recording Official

**In the dispute**

Effecten-Spiegel AG and others vs. Porsche Automobil Holding SE

the following persons appeared upon calling of the case:

1. for the plaintiffs, attorneys Tilp and Wegener

2. for the defendant, accompanied by the defendant's general counsel Dr. Manfred Döss, attorneys Nolen, Hanfland and Dr. Meier

Attorney Tilp submitted the motion listed in the brief dated September 17, 2015, sheet. 387-405 et. seq. of the case file in connection with the motion listed in the brief dated November 24, 2014, sheet. 430/431 of the case file.

Dr. Meier submitted motions
1. to dismiss the action, 2. for security for legal costs as listed in the brief dated July 31, 2015, p. 2, sheet 168 of the case file, 3. to reject the application for the establishment of a model case and reserved the right to file a motion for a judgment in default.
-read and approved-

Attorney Tilp submitted a motion to reject the motion for security for legal costs insofar as the motion concerns costs exceeding legal costs of the court of first instance, including a potential model case proceeding at the Higher Regional Court in Celle.
-read and approved-

Attorney Tilp submitted a list of names and stated that the persons listed thereon are named as witnesses regarding transaction details, in each case as specified by the respective numbering and names allocated correspondingly. The persons listed are not members of the plaintiffs' executive boards.

Attorney Dr. Meier received a copy of the list.

The list of names is attached as an annex to the minutes of the hearing.

The parties discussed the facts and the legal situation.

Attorney Dr. Meier requested March 15, 2016 as the deadline for submitting a response to the brief dated November 24, 2105.

Attorney Dr. Meier stated in this regard: There are no objections against deciding on the motion for security for legal costs prior to such statement.

Attorney Tilp requested the end of February 2016 as the deadline for submitting a response to the brief dated November 30, 2015 and regarding the explanations given by the court on the motion for security for legal costs during the current hearing and endorsed the statement by attorney Dr. Meier regarding the motion for security for legal costs.

**Decided and announced:**

1. The following date is set for the announcement of the decision regarding the motion for security for legal costs

    **Tuesday, January 12, 2016, 2:00 p.m., room 1230.**

2. The requested periods for submitting statements are granted.

3. The following date is set for the announcement of the decision on remaining matters

    **Wednesday, April 13, 2016, 2:00 p.m. room 1230.**

H.U. Kleybolte                    Perner



City of New York, State of New York, County of New York

I, Magdalena Kawalkowski, hereby affirm that the following is to the best of my knowledge and belief, a true and accurate Translation from German to English of the document "Official Minutes of the Hearing before the Regional Court of Hanover on December 8, 2015, Effecten-Spiegel, et al. v. Porsche Automobil Holding SE, Dkt. No. 18 O 175/15"

_____

Magdalena Kawalkowski
TransPerfect Translations International, Inc.

Sworn to before me this
25th Day of January 2016

_____
Signature, Notary Public

ALITASHA YOUNGER
Notary Public - State of New York
No. 01YO6335137
Qualified in KING County
Commission Expires Dec 28, 2019

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Öffentliche Sitzung der **18. Zivilkammer** des Landgerichts Hannover

**18 O 175/15**

Hannover, 08. Dez. 2015

Eingegangen
2 3. Dez. 2015
HENGELER MUELLER

Gegenwärtig:
Vorsitzender Richter am Landgericht H.U. Kleybolte
als Vorsitzender,

Richterin am Landgericht Wehrhahn
Richter am Landgericht Caesar
als beisitzende Richter

Justizangestellte Perner
als Urkundsbeamtin/beamter der Geschäftsstelle

**In dem Rechtsstreit**

Effecten-Spiegel AG, u.a. gegen Porsche Automobil Holding SE

erschienen bei Aufruf der Sache:

1. für die Kläger die Rechtsanwälte Tilp und Wegener

2. für die Beklagte in Begleitung des Chefsyndikus der Beklagten, Herrn Dr. Manfred Döss, die Rechtsanwälte Nolen, Hanfland und Dr. Meier

RA Tilp stellte den Antrag aus dem Schriftsatz vom 17.09.2015, Bl. 387-405 ff. d.A., in Verbindung mit dem Antrag aus dem Schriftsatz vom 24.11.2014, Bl. 430/431 d.A.

Dr. Meier beantragte
1. Klagabweisung, 2. Prozesskostensicherheit nach Maßgabe des Schriftsatzes vom 31.07.2015, S. 2, Bl. 168 d.A., 3. Zurückweisung des Musterverfahrensantrages und behielt sich vor, den Erlass eines Versäumnisurteils zu beantragen.
-vorgelesen und genehmigt -

RA Tilp beantragte, den Antrag auf Anordnung einer Prozesskostensicherheit zurückzuweisen soweit dieser über die gesetzlichen Kosten der I. Instanz hinausgehen einschließlich eines eventuellen Musterverfahrens vor dem Oberlandesgericht Celle.
-vorgelesen und genehmigt -

RA Tilp überreicht eine Namensliste und erklärte, die auf der Liste genannten Personen werden jeweils entsprechend der Bezifferung und der namentlichen Zuordnung als Zeugen für die Transaktionsdaten benannt. Die aufgeführten Personen gehören nicht der Geschäftsleitung der jeweiligen Kläger an.

RA Dr. Meier erhielt eine Abschrift der Namensliste.

Die Namensliste wird als Anlage zum Protokoll genommen.

Die Sach- und Rechtslage wurde erörtert.

RA Dr. Meier beantragt eine Erklärungsfrist auf den Schriftsatz vom 24.11.2015 bis zum 15.3.2016.

2

RA Dr. Meier erklärt hierzu:
Es bestehen keine Bedenken, dass vor der Stellungnahme bereits über den Antrag auf Stellung der Prozesskostensicherheit entschieden wird.

RA Tilp beantragte eine Erklärungsfrist auf den Schriftsatz vom 30.11.2015 bis Ablauf des Monats Feb. 2016 und zu den Hinweisen des Gerichts in dieser mündlichen Verhandlung zum Prozesskostensicherheitsantrag und schloss sich der Erklärung hinsichtlich der Prozesskostensicherheit des RA Dr. Meier an.

**Beschlossen und verkündet:**

1. Termin zur Verkündung einer Entscheidung über den Antrag auf Prozesskostensicherheit wird bestimmt auf

   **Dienstag, 12.01.2016, 14.00 Uhr, Zimmer 1230.**

2. Die beantragten Erklärungsfristen werden bewilligt.

3. Termin zur Verkündung einer Entscheidung im Übrigen wird bestimmt auf

   **Mittwoch, 13.04.2016, 14.00 Uhr, Zimmer 1230.**

H.U. Kleybolte                    Perner